Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
MOON & YANG, APC
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
E-mail: kane.moon@moonyanglaw.com
E-mail: allen.feghali@moonyanglaw.com

Attorneys for Plaintiff Sharon Fennix

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON FENNIX, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TENDERLOIN HOUSING CLINIC, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  :20-cv-05207-DMR<br><br>Magistrate Judge: Hon. Donna M. Ryu<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Date:         September 10, 2020<br>Time:        1:00 p.m.<br>Courtroom:  4<br><br>Action Filed:      June 9, 2020 (state)<br>Action Removed:   July 29, 2020 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Motion of Plaintiff Sharon Fennix for an order remanding this case to the Superior Court of the State of California, County of San Francisco came on for hearing on September 10, 2020.

**GOOD CAUSE APPEARING**, it is hereby ordered that:

1. This case is hereby remanded to the Superior Court of the State of California, County of San Francisco.

**IT IS SO ORDERED.**

Dated: _____       _____
                                                                                    Hon. Donna M. Ryu
                                                                    UNITED STATES DISTRICT MAGISTRATE JUDGE